# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| INNOVATIVE SPORTS MANAGEMENT INC., d.b.a. INTEGRATED SPORTS MEDIA,<br><br>       Plaintiff,<br><br>   v.<br><br>JEAN PAUL ZEA ANDIA,<br><br>       Defendant. | CV 19-02061 TJH (PLAx)<br><br>Order<br>[20,21] |

    The Court has considered Plaintiff Innovative Sports Management, Inc.'s ["Innovative"] renewed motion for default judgment and motion to dismiss, together with the moving papers.

    The proofs of service attached to the motions were signed "/s/ Isabella Fernandez" in typed letters. Unless signed by the registered CM/ECF filer, electronically filed documents must be hand-signed with a scanned copy of the signature filed with the Court. *See* Local Rule 5-4.3.4(a)(3). Therefore, the proofs of service

are not valid.

Without valid proofs of service, Innovative cannot establish that the motions were properly served. See Fed. R. Civ. P. 55(b)(2).

Accordingly,

𝔍𝔱 𝔦𝔰 𝔒𝔯𝔡𝔢𝔯𝔢𝔡 that the motion for default judgment be, and hereby is, 𝔇𝔢𝔫𝔦𝔢𝔡.

𝔍𝔱 𝔦𝔰 𝔣𝔲𝔯𝔱𝔥𝔢𝔯 𝔒𝔯𝔡𝔢𝔯𝔢𝔡 that the motion to dismiss be, and hereby is, 𝔇𝔢𝔫𝔦𝔢𝔡.

Date: April 15, 2021

_____
𝔗𝔢𝔯𝔯𝔶 𝔍. 𝔥𝔞𝔱𝔱𝔢𝔯, 𝔍𝔯.
𝔖𝔢𝔫𝔦𝔬𝔯 𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰 𝔇𝔦𝔰𝔱𝔯𝔦𝔠𝔱 𝔍𝔲𝔡𝔤𝔢