Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Ave.
South Pasadena, CA 91030

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Innovative Sports Management, Inc.,
d/b/a Integrated Sports Media

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| INNOVATIVE SPORTS MANAGEMENT, INC., d/b/a INTEGRATED SPORTS MEDIA,<br><br>Plaintiff,<br><br>vs.<br><br>JEAN PAUL ZEA ANDIA, individually and d/b/a EL RINCON DE GIOVANNITA PERUVIAN GRILL,<br><br>Defendant. | Case No. 2:19-cv-02061-TJH-PLA<br><br>PLAINTIFF'S NOTICE OF MOTION AND RENEWED MOTION FOR DEFAULT JUDGMENT BY THE COURT<br><br>Date: July 12, 2021<br>Time: UNDER SUBMISSION<br>Place: Courtroom 9B<br>Judge: Honorable Terry J. Hatter, Jr. |

TO THE HONORABLE COURT, THE DEFENDANT AND TO HIS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on July 12, 2021, or as soon thereafter as this matter may be heard in Courtroom 9B of the United States District Court, Central District of California, located at 350 West 1st Street, Los Angeles, California

90012, Plaintiff Innovative Sports Management, Inc., d/b/a Integrated Sports Media by and through counsel, will present its Renewed Motion for Default Judgment by the Court and against Defendant Jean Paul Zea Andia, individually and d/b/a El Rincon De Giovannita Peruvian Grill (hereinafter "Defendant").

1. Default was entered against Defendant on July 19, 2019. (Dkt. No. 11).

2. Defendant has never participated in this action.

3. After the entry of default, Federal Rule of Civil Procedure 55(b) provides that default judgment may be entered by the Court upon application of the Plaintiff. Fed.R.Civ.P. 55(b)(2).

4. At the time and place of hearing, Plaintiff will present proof of the following matters:

    a. Defendant is not an infant or incompetent person, or in military service or otherwise exempted under the Servicemembers Civil Relief Act of 2003; and,

    b. Defendant has not appeared in this action;

    c. Notice of this Application for Default Judgment by the Court and related documents were served on the Defendant;

    d. Plaintiff is entitled to judgment against the Defendant on the claims pled in the complaint. To wit:

1)   By contract, Plaintiff paid for the proprietary rights to distribute the *Peru v. Croatia, International Friendly Soccer Game*, telecast nationwide on Friday, March 23, 2018 (hereinafter referred to as the "Program").

2)   With full knowledge that the *Program* was not to be intercepted, received, and/or exhibited by entities unauthorized to do so, Defendant and/or his agents, servants, workmen, and/or employees, did unlawfully intercept, receive and thereafter exhibit the *Program* at the time of its transmission at the address of the establishment doing business as El Rincon De Giovannita Peruvian Grill, a food and drink establishment operated by Defendant, and located at 7605 White Oak Avenue, Reseda, California 91335, as more fully detailed in the *Declaration of Affiant* on file herein. (Dkt. No. 12-4).

3)   By said acts of receiving, intercepting and exhibiting the *Program* at the above-indicated address, Defendant tortiously obtained possession of the *Program* and wrongly converted same to his own use and benefit.

5.   Plaintiff seeks Judgment in its favor and against the Defendant on its conversion claim in the amount of $750.00.

6. Plaintiff also seeks Judgment in its favor on liability for its claim under Cal. Bus. & Prof. Code § 17200; however, recognizing that any award thereunder could be construed as duplicative of the conversion award, Plaintiff does not request a separate monetary award under Section 17200.

7. In its Order entered December 13, 2019, this Court found that the facts alleged by Plaintiff, which are the same as those alleged in this Renewed Motion, were sufficient to establish Plaintiff's conversion claim. (Dkt. No. 13 at 4). The Court also found Plaintiff's conversion damages reasonable and supported by Plaintiff's evidence. (*Id.*). However, due to the general restriction on entering default judgment on one claim while other claims remain outstanding, *see* Fed.R.Civ.P. 54(b), the Court did not enter default judgment on the conversion claim. (Dkt. No. 13 at 4).

8. Plaintiff will be filing a motion to dismiss its remaining counts such that, if the Court finds the arguments in that motion well taken, the Court may grant both the instant motion on the conversion and Cal. Bus. & Prof. Code § 17200 claims, and the motion to dismiss, which would effectively end this case (save for a post judgment request for costs).

9. By and through this Motion, Plaintiff requests that it be granted 14 days to submit its request for costs.

///

///

Dated: June 9, 2021

_____
LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
Innovative Sports Management, Inc.,
d/b/a Integrated Sports Media

# PROOF OF SERVICE

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On June 9, 2021, I caused to serve the following document entitled:

PLAINTIFF'S NOTICE OF MOTION AND RENEWED MOTION FOR DEFAULT JUDGMENT BY THE COURT

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was addressed to:

Jean Paul Zea Andia (Defendant)
7605 White Oak Ave.
Reseda, CA 91334

The fully sealed envelope with pre-paid postage was thereafter placed in our law firm's outbound mail receptacle in order that this particular piece of mail could be taken to the United States Post Office in South Pasadena, California later this day by myself (or by another administrative assistant duly employed by our law firm).

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on June 9, 2021, at South Pasadena, California.

Dated: June 9, 2021

THOMAS P. RILEY